IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Paige, Daphne Felicia

Printed: 01/06/09

Case Number: 04 B 34654
Judge: Hollis, Pamela S
Filed: 9/17/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 26, 2008
Confirmed: November 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,952.36 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 7,832.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 567.74 |
| Other Funds: |  | 852.46 |
| Totals: | 11,952.36 | 11,952.36 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 36.00 | 51.32 |
| 3. | Triad Financial Services | Unsecured | 192.85 | 274.93 |
| 4. | A All Financial | Unsecured | 74.70 | 106.50 |
| 5. | Peoples Energy Corp | Unsecured | 97.57 | 130.90 |
| 6. | SBC | Unsecured | 58.71 | 83.70 |
| 7. | United States Dept Of Education | Unsecured | 3,488.27 | 4,973.09 |
| 8. | Illinois Student Assistance Commission | Unsecured | 459.65 | 655.30 |
| 9. | St Margaret Mercy Hospital | Unsecured | 59.94 | 85.46 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,031.77 | 1,470.96 |
| 11. | Baptist Medical Center | Unsecured |  | No Claim Filed |
| 12. | Broadway Radiology Services | Unsecured |  | No Claim Filed |
| 13. | Christ Hospital | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | Comcast | Unsecured |  | No Claim Filed |
| 16. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 17. | Rush University | Unsecured |  | No Claim Filed |
| 18. | MB Financial | Unsecured |  | No Claim Filed |
| 19. | TCF Bank | Unsecured |  | No Claim Filed |
| 20. | University of Illinois | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,199.46 | $ 10,532.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Paige, Daphne Felicia

Printed: 01/06/09

Case Number:  04 B 34654
Judge:  Hollis, Pamela S
Filed:  9/17/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 89.32 |
| 4% | 33.64 |
| 3% | 14.98 |
| 5.5% | 78.57 |
| 5% | 23.69 |
| 4.8% | 187.99 |
| 5.4% | 145.54 |
| 6.6% | (5.99) |
|  | $ 567.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

